1  STEPHEN C. TEDESCO, Bar No. 130325
   KIMBERLY L. OWENS, Bar No. 233185
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Facsimile:    415.399.8490
   E-mail: stedesco@littler.com
6
   Attorneys for Defendant
7  MILGARD MANUFACTURING, INC.

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION     *E-FILED - 7/30/07*

11
   JOSE FERNANDO RAMIREZ,              Case No. C07-02408 RMW (ECF)
12 EVARARDO MONTEJANO, and
   SERGIO JACOBO, on behalf of a class of   STIPULATION OF PARTIES TO
13 similarly situated employees,            MEDIATE DISPUTE AND TO STAY
                                            HEARING AND BRIEFING SCHEDULE
14              Plaintiffs                  ON MOTION TO DISMISS OR, IN THE
                                            ALTERNATIVE, PETITION TO COMPEL
15      v.                                  ARBITRATION AND STAY THE ACTION
                                            PENDING ARBITRATION
16 MILGARD MANUFACTURING INC.,              AND ORDER

17              Defendant.

18
        Plaintiffs Jose Fernando Ramirez, Evarado Montejano and Sergio Jacobo, through
19
   their attorneys of record, and Defendant Milgard Manufacturing, Inc., through its attorneys of
20
   record, hereby agree and stipulate as follows:
21
        1.  The parties agree to mediate this dispute.  The agreement to mediate is
22
            without prejudice to any position the parties may take on the Milgard's motion
23
            to dismiss or in the alternative, to compel arbitration.
24
        2.  The parties agree to stay the hearing on Milgard's motion to dismiss or, in the
25
            alternative, petition to compel arbitration, and request that the court stay the
26
            motion (including the time for filing any opposition or reply pleadings until
27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. C07-02408 RMW (ECF)                                          STIPULATION

mediation of this matter. If the mediation is unsuccessful, that motion shall be returned to the court's hearing calendar for an agreed upon date.

Dated: July 5, 2007

_____
STEPHEN C. TEDESCO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MILGARD MANUFACTURING, INC

Dated: July 5, 2007

_____
STAN MALLISON
MALLISON & MARTINEZ
Attorneys for Plaintiffs
JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO

IT IS SO ORDERD.

Dated: 7/30/07

_____
JUDGE RONALD M. WHYTE

Firmwide:82736443.1 021950.1107