STEPHEN C. TEDESCO, Bar No. 130325
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: stedesco@littler.com; kowens@littler.com

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

STAN S. MALLISON, Bar No. 184191
HECTOR R. MARTINEZ, Bar No. 206336
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone: 925.283.3842
Facsimile: 925.283.3426
E-mail: StanM@MallisonLaw.com;
HectorM@MallisonLaw.com

Attorneys for Plaintiffs
JOSE FERNANDO RAMIREZ, EVERARDO
MONTEJANO & SERGIO JACOBO

*E-FILED - 10/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING INC.,<br><br>Defendant. | Case No. C 07-02408 RMW [ECF]<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PRIVATE MEDIATION FOR THE COURT'S MEDIATION PROGRAM<br><br>[ADR L.R. 3-4(b); Civil L.R. 16-8(a), 7-12.] |

1  The Parties hereto, by and through their respective counsel, stipulate and request the
2  Court to order as follows:
3  WHEREAS, by stipulation dated July 5, 2007, the Parties agreed to mediate this
4  dispute.
5  WHEREAS, on July 30, 2007, the Court approved the Parties' stipulation.
6  WHEREAS, Civil Local Rule 16-8(a) provides that the Court "encourages civil
7  litigants to consider use of ADR programs operated by private entities."
8  WHEREAS, on or before August 6, 2007, the Parties mutually agreed to participate
9  in private mediation before mediator Jeffrey A. Ross, and scheduled the mediation to occur on
10 October 11, 2007.
11 WHEREAS, the Court ordered on August 9, 2007 that mediation must be completed
12 by October 31, 2007.
13 WHEREAS, on August 27, 2007, the Parties were notified that the Court's ADR Unit
14 had also appointed a mediator through the Court's ADR program.
15 WHEREAS, the Parties had already mutually selected Mr. Ross as a mediator and
16 prefer to participate in the private mediation they scheduled for October 11, 2007.
17 WHEREAS, ADR Local Rule 3-4(b) provides that "[a] private ADR procedure may
18 be substituted for a Court program if the parties so stipulate and the assigned Judge approves."
19 /////

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

STIP. & [PROPOSED] ORDER SUBSTITUTING PRIVATE MEDIATION   Case No. C 07-02408 RMW [ECF]

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel of record, that, the Parties will participate in private mediation instead of the Court's mediation program as the initial ADR process for this action.

DATED: September 21, 2007

_____
STAN S. MALLISON
LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
JOSE FERNANDO RAMIREZ, EVERARDO MONTEJANO & SERGIO JACOBO

DATED: September 21, 2007

/s/
_____
STEPHEN C. TEDESCO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MILGARD MANUFACTURING, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/3/07

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge