STEPHEN C. TEDESCO, Bar No. 130325
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:      415.433.1940
Facsimile:      415.399.8490
E-mail:          stedesco@littler.com;
                      kowens@littler.com

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING INC.,<br>  Defendant. | Case No. C 07-02408 RMW [ECF]<br><br>**DEFENDANT MILGARD MANUFACTURING, INC.'S  ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408 RMW

Defendant MILGARD MANUFACTURING, INC. ("Defendant") and for its Answer to the First Amended Complaint ("Complaint"), responds as follows:

1.      Answering Paragraph 1 of Plaintiff's Complaint, Defendant admits that this is a wage and hour action, that Plaintiffs are former non-exempt California employees of Defendant, and that Defendant is doing business in California.   Except as specifically admitted herein, Defendant denies generally and specifically, all and singular, each and every one of the remaining allegations of said paragraph.

2.      Answering Paragraph 2 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

3.      Answering Paragraph 3 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

4.      Answering Paragraph 4 of Plaintiff's Complaint, Defendant admits that Plaintiff asserts that this action is subject to the original jurisdiction of this court under the Class Action Fairness Act of 2005 ("CAFA") and that the amount in controversy exceeds the jurisdictional amount.   Defendant admits that at least one member of the alleged class is a citizen of a different state than Defendant.

5.      Answering Paragraph 5 of Plaintiff's Complaint, Defendant admits that Venue is proper as Plaintiffs formerly worked in Defendant's facilities in Hollister California.   Except as specifically admitted herein, Defendant denies generally and specifically, all and singular, each and every one of the remaining allegations of said paragraph.

6.      Answering Paragraph 6 of Plaintiff's Complaint, Defendant admits the allegations contained in said paragraph.

## **INTRODUCTION**

7.      Answering Paragraph 7 of Plaintiff's Complaint, Defendant admits that Plaintiffs were employed by Defendant as non-exempt employees in California.   Except as specifically admitted herein, Defendant asserts that this paragraph contains legal contentions and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**          **Case No. C-07-02408-RMW**

1.

conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the remaining allegations of said paragraph.

8.    Answering Paragraph 8 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

9.    Answering Paragraph 9 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

10.    Answering Paragraph 10 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

11.    Answering Paragraph 11 of Plaintiff's Complaint Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

12.    Answering Paragraph 12 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

13.    Answering Paragraph 13 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**PARTIES**

14.    Answering Paragraph 14 of Plaintiff's Complaint, Defendant admits that while Plaintiffs were employed by Defendant they were residents of California and lived and worked for Defendant's window manufacturing operations in the district.  Defendant is without information or belief as to Plaintiffs' current residences, and therefore denies the remaining allegations contained in said paragraph.

15.    Answering Paragraph 15 of Plaintiff's Complaint, Defendant admits that it operated a facility in San Benito County, California, and Plaintiffs were employed there as non-exempt, hourly employees. Except as specifically admitted herein, Defendant denies generally and specifically, all and singular, each and every one of the remaining allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

2.

16.    Answering Paragraph 16 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

17.    Answering Paragraph 17 of Plaintiff's Complaint, Defendant admits to the allegations contained in lines 7 through 12 of said paragraph, admits that it is headquartered in Tacoma, Washington, admits that Defendant is a subsidiary of Masco Corporation, and admits that it employed Plaintiffs and members of the purported class.  Except as specifically admitted herein, Defendant denies generally and specifically, all and singular, each and every one of the remaining allegations of said paragraph.

18.    Answering Paragraph 18 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

## FACTUAL BACKGROUND

19.    Answering Paragraph 19 of Plaintiff's Complaint, Defendant admits the allegations of said paragraph.

20.    Answering Paragraph 20 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

21.    Answering Paragraph 21 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

22.    Answering Paragraph 22 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

23.    Answering Paragraph 23 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

24.    Answering Paragraph 24 of Plaintiff's Complaint, Defendant lacks information or belief as to said allegations, and denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

## CLASS ACTION ALLEGATIONS

25.    Answering Paragraph 25 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

26.   Answering Paragraph 26 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

27.   Answering Paragraph 27 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

28.   Answering Paragraph 28 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

29.   Answering Paragraph 29 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

30.   Answering Paragraph 30 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

31.   Answering Paragraph 31 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

32.   Answering Paragraph 32 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal contentions and conclusions and on that basis, denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

## FIRST CLAIM FOR RELIEF

### (Failure to Provide Meal and Rest Periods)

33.   Answering Paragraph 33 of Plaintiff's Complaint, Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

34.   Answering Paragraph 34 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor code section 226.7, and to the extent the language

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

4.

quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

35.     Answering Paragraph 35 of Plaintiff's Complaint, Defendant admits to the actual language contained in the IWC Wage Order, and to the extent the language quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

36.     Answering Paragraph 36 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

37.     Answering Paragraph 37 of Plaintiff's Complaint, Defendant admits to the actual language contained in the IWC Wage Order, and to the extent the language quoted is at variance with that section, Defendant denies the allegations in said paragraph.

38.     Answering Paragraph 38 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular each and ever one of the allegations of said paragraph.

39.     Answering Paragraph 39 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

40.     Answering Paragraph 40 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

41.     Answering Paragraph 41 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

42.     Answering Paragraph 42 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

43.     Answering Paragraph 43 of Plaintiff's Complaint, Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in paragraphs 1 through 42 of the Complaint.

44.     Answering Paragraph 44 of Plaintiff's Complaint, Defendant asserts that this paragraph contains legal conclusions and on that basis, denies generally and specifically, all and singular, each and very one of the allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

**Case No. C-07-02408-RMW**

**SECOND CLAIM FOR RELIEF**

**(Failure to Pay Overtime Compensation)**

45.     Answering Paragraph 45 of Plaintiff's Complaint, Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

46.     Answering Paragraph 46 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor Code section 510(a), and to the extent the language quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

47.     Answering Paragraph 47 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

48.     Answering Paragraph 48 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

49.     Answering Paragraph 49 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**THIRD CLAIM FOR RELIEF**

**(Failure to Pay Minimum Wage)**

50.     Answering Paragraph 50 of Plaintiff's Complaint, Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

51.     Answering Paragraph 51 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor Code section 1197, and to the extent the language quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

52.     Answering Paragraph 52 of Plaintiff's Complaint, Defendant admits to the actual language contained in IWC Wage Order, and to the extent the language quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

6.

53.     Answering Paragraph 53 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

54.     Answering Paragraph 54 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

55.     Answering Paragraph 55 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

56.     Answering Paragraph 56 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and eve one of the allegations of said paragraph.

57.     Answering Paragraph 57 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

58.     Answering Paragraph 58 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

59.     Answering Paragraph 59 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

60.     Answering Paragraph 60 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**FOURTH CLAIM FOR RELIEF**

**(Failure to Timely Pay Wages Due at Termination)**

61.     Answering Paragraph 61 of Plaintiff's Complaint Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

62.     Answering Paragraph 62 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor Code sections 201 and 202, and to the extent the language quoted in the Complaint is at variance with those sections, Defendant denies the allegations in said paragraph.

63.     Answering Paragraph 63 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

7.

64.     Answering Paragraph 64 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor Code section 203, and to the extent the language quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

65.     Answering Paragraph 65 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

66.     Answering Paragraph 66 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

67.     Answering Paragraph 67 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

68.     Answering Paragraph 68 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

## FIFTH CLAIM FOR RELIEF

### (Knowing and Intentional Failure to Comply with Itemized Wage Statement Provisions)

69.     Answering Paragraph 69 of Plaintiff's Complaint Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

70.     Answering Paragraph 70 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor Code section 226, and to the extent the language quoted in the Complaint is at variance with that section, Defendant denies the allegations in said paragraph.

71.     Answering Paragraph 71 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

72.     Answering Paragraph 72 of Plaintiff's Complaint, Defendant admits to the actual language contained in California Labor Code section 226, and to the extent the language quoted is at variance with that section, Defendant denies the allegations in said paragraph.

73.     Answering Paragraph 73 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

8.

74.   Answering Paragraph 74 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

75.   Answering Paragraph 75 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**SIXTH CLAIM FOR RELIEF**

**(Breach of Written and Implied Covenant)**

76.   Answering Paragraph 76 of Plaintiff's Complaint Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

77.   Answering Paragraph 77 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

78.   Answering Paragraph 78 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

79.   Answering Paragraph 79 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

80.   Answering Paragraph 80 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

81.   Answering Paragraph 81 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**SEVENTH CLAIM FOR RELIEF**

**(Conversion)**

82.   Answering Paragraph 82 of Plaintiff's Complaint Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

83.   Answering Paragraph 83 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

84.   Answering Paragraph 84 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

9.

85.     Answering Paragraph 85 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**EIGHTH CLAIM FOR RELIEF**

**(Violation of Unfair Competition Law)**

86.     Answering Paragraph 86 of Plaintiff's Complaint Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

87.     Answering Paragraph 87 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

88.     Answering Paragraph 88 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

89.     Answering Paragraph 89 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

90.     Answering Paragraph 90 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

91.     Answering Paragraph 91 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

92.     Answering Paragraph 92 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

**NINTH CLAIM FOR RELIEF**

**(Violations of Labor Code Private Attorneys General Act)**

93.     Answering Paragraph 93 of Plaintiff's Complaint Defendant re-alleges and incorporates by reference herein its answer to each and every allegation contained in prior paragraphs of the Complaint.

94.     Answering Paragraph 94 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

95.     Answering Paragraph 95 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

10.

96.     Answering Paragraph 96 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

97.     Answering Paragraph 97 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

98.     Answering Paragraph 98 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

99.     Answering Paragraph 99 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

100.    Answering Paragraph 100 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

101.    Answering Paragraph 101 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

102.    Answering Paragraph 102 of Plaintiff's Complaint, Defendant denies generally and specifically, all and singular, each and every one of the allegations of said paragraph.

## AFFIRMATIVE DEFENSES

By pleading the following affirmative defenses, Defendant does not concede that the subject matter of that defense can be raised only as a defense, or that it has the burden of proof on the theory described therein.

## FIRST AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that the Complaint, and each cause of action thereof, fails to state a claim for relief against Defendant.

## SECOND AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendant alleges that Plaintiffs' purported first through fifth causes of action are barred by California Code of Civil Procedure section 338(a) to the extent that they seek to recover wages that were earned more than three years before the filing of this action.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

11.

**THIRD AFFIRMATIVE DEFENSE**

As a separate and affirmative defense, Defendant alleges that Plaintiffs' purported Eighth cause of action under the California Business and Professions Code section 17200 *et seq.* is barred by California Business and Professions Code section 17208 to the extent that it seeks to recover for alleged violations of said statute that occurred more than four years before the filing of this action.

**FOURTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense, Defendant alleges that, to the extent under any of Plaintiffs' purported causes of action they seek to recover "waiting time penalties" under Cal. Labor Code section 203, such is barred by California Code of Civil Procedure sections 203 and 338(a) to the extent that it seeks to recover penalties in conjunction with allegedly unpaid wages that were earned more than three years before the filing of this action, or is barred by any other applicable statute of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint, the causes of action for alleged statutory or civil penalties are barred because, to the extent that Plaintiff and the putative class members seek to recover for any penalties allegedly accrued more than one year before the filing of this action, such claims are barred by the statute of limitations in California Code of Civil Procedure 340(a).

**SIXTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint, this action cannot proceed on behalf of any class because the Plaintiffs each are parties to an arbitration agreement that bars class actions, and each Plaintiff's claims must be arbitrated on an individual basis only. The adjudication of the claims of the putative classes through generalized class-wide proof violates Defendant's right enforce its arbitration agreement as to each class member bound to an arbitration agreement, including the right to select in each case an arbitrator mutually agreeable to Defendant and the individual.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

**Case No. C-07-02408-RMW**

12.

1

**SEVENTH AFFIRMATIVE DEFENSE**

2       As a separate and affirmative defense, Defendant is informed and believes that further

3   investigation and discovery will reveal, and on that basis alleges that, without admitting that

4   Plaintiffs or any of the persons they purports to represent are entitled to any recovery, Plaintiffs have

5   failed to take reasonable steps to mitigate their alleged damages.

6

**EIGHTH AFFIRMATIVE DEFENSE**

7       As a separate and affirmative defense, Defendant alleges that the Complaint and each

8   cause of action therein are barred by the equitable doctrine of waiver.

9

**NINTH AFFIRMATIVE DEFENSE**

10       As a separate and affirmative defense to the Complaint, this suit may not properly be

11   maintained as a class action because: (a) Plaintiff has failed to plead and cannot establish the

12   necessary procedural elements for class treatment under the laws of California; (b) a class action is

13   not an appropriate method for the fair and efficient adjudication of the claims described in the

14   complaint; (c) common issues fact or law do not predominate and, to the contrary, individual issues

15   are predominant; (d) the claims of Plaintiffs are not representative or typical of those of the putative

16   class; (e) Plaintiff is not a proper class representative; (f) the named Plaintiffs and alleged putative

17   class counsel are not adequate representatives for the alleged putative class; (g) Plaintiffs cannot

18   satisfy any of the requirements for class action treatment, and class action treatment is neither

19   appropriate nor constitutional; (h) there is not a well-defined community of interest in the questions

20   of law or fact affecting the Plaintiff and the members of the alleged putative class; (i) the definition

21   of the alleged putative class is impermissible vague, (j) the alleged putative class is not ascertainable

22   and its members are not identifiable and (k) class actions are barred as to those class members who

23   are parties to Defendant's arbitration agreement.

24

**TENTH AFFIRMATIVE DEFENSE**

25       As a separate and affirmative defense to the Complaint, Defendant alleges that, to the

26   extent that Plaintiffs have failed to timely and completely exhaust their administrative and/or

27   contractual remedies as to some or all of the acts alleged in the Complaint, prior to commencing suit

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT**

**Case No. C-07-02408-RMW**

13.

as required by Labor Code section 2699 *et seq.,* then such claims are barred for failure to exhaust administrative remedies.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that, insofar as Plaintiffs and relevant class members released claims pursuant to severance or other agreements with Defendant, then such claims are barred by said releases or other agreements.

### TWELFTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that, to the extent Plaintiffs and relevant class members signed releases, then the claims held by such are barred by the doctrine of accord and satisfaction.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense, Defendant alleges that the Complaint and each cause of action set forth therein are barred because Plaintiffs lack standing as representatives of the proposed class and as representatives of the group of allegedly similarly situated individuals they seek to represent, and do not adequately represent the putative class members or other current and/or former employees of Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint, Defendant alleges that, to the extent that any information is acquired that if known at the time of employment would have barred their continued employment, then Plaintiffs are barred from bringing this action and/or recovering any damages under the doctrine of after-acquired evidence.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a separate and affirmative defense to the Complaint and the purported claims for injunctive and other equitable relief contained therein, Defendant alleges that such claims are barred because Plaintiffs and the putative class members and allegedly similarly situated persons they seek to represent have an adequate remedy at law.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

**Case No. C-07-02408-RMW**

**SIXTEENTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint and each of the purported causes of action therein, Defendant alleges that the claims of Plaintiffs and the putative class members and allegedly similarly situated persons they seek to represent are misjoined, as their rights to recover require individual analysis, do not present a predominance of common questions of law or fact, and are unsuited for determination on a class or representative basis; and class treatment is neither a superior nor a suitable means of adjudicating these claims.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense Defendant is informed and believes that further investigation and discovery will reveal, and on that basis alleges, that Business and Professions Code sections 17200 *et seq.*, are unconstitutionally vague and overbroad, as applied to the facts and circumstances of this case, and Plaintiffs' Complaint and the purported second cause of action therein are barred because the prosecution of this action by Plaintiffs as representative of persons allegedly similarly situated or of the general public would constitute a denial of Defendant's due process rights, both substantive and procedural, in violation of the Fourteenth Amendment of the United States Constitution and the Constitution and laws of the State of California.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint and the purported first and second of action, Defendant alleges that such claims are barred because there is a *bona fide* dispute as to whether further compensation is actually due to Plaintiffs and the putative class or persons allegedly similarly situated that they seeks to represent and, if such compensation is due, as to the amount of such further compensation.

**NINETEENTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint and the claim for recovery of waiting time penalties under California Labor Code section 203, Defendant alleges that such claim is barred because even assuming, *arguendo*, that Plaintiffs and the putative class and persons allegedly similarly situated that they seek to represent are entitled to additional compensation, Defendant has not willfully or intentionally failed to pay any such additional compensation.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

Case No. C-07-02408-RMW

15.

1

### TWENTIETH AFFIRMATIVE DEFENSE

2   As a separate and affirmative defense to the Complaint and the Fifth purported cause

3   of action therein, Defendant alleges that, even assuming *arguendo* that Plaintiffs and/or the putative

4   class members were not provided with a proper itemized statement of wages and deductions,

5   Plaintiffs and the putative class members are not entitled to recover damages because Defendant's

6   alleged failure to comply with California Labor Code section 226(a) was not a "knowing and

7   intentional failure" under California Labor Code section 226(e).

8

### TWENTY-FIRST AFFIRMATIVE DEFENSE

9   As a separate and affirmative defense to the Complaint, Defendant alleges that any

10  recovery to which Plaintiffs claim to be entitled in their purported sixth and seventh causes of action

11  must be reduced by reason of Plaintiff or Plaintiffs' contributory/comparative fault and/or

12  assumption of risk, to the extent permitted or authorized by facts discovered and law.

13

### TWENTY-SECOND AFFIRMATIVE DEFENSE

14  As a separate and affirmative defense to the Complaint, Defendant alleges that

15  recovery of damages by virtue of a mass penalty in class action litigation, which is unrelated to

16  actual damages, constitutes a violation of Defendant's due process rights, both substantive and

17  procedural, in violation of the Due Process and Equal Protection clauses of the Fourteenth

18  Amendment of the United States Constitution and the Due Process and Equal Protection clauses of

19  Article I, Section 7 of the California Constitution.

20

### TWENTY-THIRD AFFIRMATIVE DEFENSE

21  As a separate and affirmative defense to the Complaint, Defendant alleges that, to

22  the extent the facts and law demonstrate that all or part of the damages allegedly sustained by

23  Plaintiffs were avoidable, said damages are to that extent barred or reduced by the doctrine of

24  avoidable consequences.

25

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

26  As a separate and affirmative defense to the Complaint, Defendant alleges that

27  Plaintiff's causes of action for alleged failure to permit and pay for meal and rest break periods are

28  barred because there is no private right of action under California Labor Code Section 226.7.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT**

16.

Case No. C-07-02408-RMW

1

### **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

2      As a separate and affirmative defense to the Complaint and each purported cause of

3  action therein, Defendant alleges that this action cannot proceed on behalf of any class because

4  adjudication of this case on a class basis will violate Defendant's rights under the United States

5  Constitution and Constitution of the State of California, including the Due Process and Equal

6  Protections clauses of the Fourteenth Amendment of the United States Constitution, the Due Process

7  and Equal Protection clauses of Article I, Section 7 of the California Constitution, and the Excessive

8  Fine Prohibitions of the Eighth Amendment of the United States Constitution and Article I, Section

9  17 of the California Constitution.

10

### **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

11      As a separate and affirmative defense to the Complaint and Plaintiffs' causes of

12  action therein, Defendant alleges that such causes of action cannot be maintained to the extent

13  Plaintiffs erroneously assert that they are entitled to Labor Code section 2699, the Private Attorney

14  General Act of 2004, penalties based upon a purported violation of Business & Professions Code

15  section 17200 *et seq.*

16

### **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

17      As a separate and affirmative defense to the Complaint, Defendant alleges that the

18  Complaint and each cause of action set forth therein, or some of them, are is barred to the extent

19  waiting time penalties are sought as there exists a bona fide dispute as to whether further

20  compensation is actually due to Plaintiffs and the putative class members and, if so, as to the amount

21  of such further compensation.

22

### **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

23      As a separate and affirmative defense to the Complaint and the purported fifth cause of

24  action for conversion, Defendant alleges that the Complaint fails to properly state a claim for

25  conversion for a number of reasons, including but not limited to:  (1) Plaintiffs are limited to the

26  remedies provided by statute; and (2) Plaintiffs fail to allege a specific, liquidated sum allegedly

27  owing to him and those he seeks to recover for, and claims for money cannot form a proper basis for

28  a conversion action unless the claim is for a specific, identified sum of money.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT**

**Case No. C-07-02408-RMW**

17.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint and the purported ninth cause of action under the California Private Attorney General Act, Labor Code § 2698 *et seq.*, Defendants allege that the cause of action set forth therein is barred because Plaintiffs lack standing to allege such claims on behalf of "aggrieved employees."

**THIRTIETH AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint and the purported ninth cause of action under the California Private Attorney General Act, Labor Code § 2698 *et seq.*, Defendants allege that the cause of action set forth therein is barred because Plaintiffs have failed to identify any similarly "aggrieved employees" as defined by that statute.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint Defendant alleges that the Complaint and each cause of action therein, or some of them, are barred because the certification of a class, as applied to the facts and circumstances of this case, would constitute a denial of Defendant's due process rights, both substantive and procedural, in violation of the Fourteenth Amendment of the United States Constitution and the Constitution and laws of the State of California.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint, Defendant alleges that Plaintiff's Ninth Cause of Action is barred under California Labor Code section 2699(e) because imposing any penalties under the circumstances of this case would be unjust, arbitrary and oppressive, or confiscatory.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

As a separate and affirmative defense to the Complaint, Defendant alleges that, to the extent penalties are sought, the Complaint and each cause of action therein is barred, by the prohibitions against excessive fines in the Eighth Amendment to the United States Constitution and Article I, section 17 of the California Constitution.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT

Case No. C-07-02408-RMW

1

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

2        As a separate and affirmative defense to the Complaint, Defendant alleges that that, to
3 the extent penalties are sought, the Complaint and each cause of action therein is barred, because, at
4 all relevant times, Defendant acted with a good faith and reasonable belief that it complied with all
5 California laws at issue.

6

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

7        As a separate and affirmative defense to the Complaint, Defendant alleges that, to the
8 extent multiple penalties are sought for the same alleged violations, such claims are barred by the
9 prohibition on double recovery.

10

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

11        As a separate and affirmative defense to the Complaint, Defendant alleges Plaintiffs'
12 causes of action are barred because California Labor Code sections 226.7 and 512 and the Wage
13 Orders of the Industrial Welfare Commission are unconstitutionally vague, ambiguous and
14 overbroad and violate Defendant's rights under the United States and California Constitutions,
15 including, but not limited to, Defendant's right to Due Process.

16

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

17        As a separate and affirmative defense to the Complaint, Defendant alleges that
18 Plaintiffs' causes of action are barred to the extent they seek or claim any right to premium pay for
19 alleged multiple meal and/or rest period violations in a single workday because Labor Code Section
20 226.7 provides for only a single hour of premium pay per workday.

21

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

22        As a separate and affirmative defense to the Complaint, Defendant alleges that the
23 Complaint and each cause of action therein is barred by the equitable doctrine of laches.

24

### THIRTY-NINTH AFFIRMATIVE DEFENSE

25        As a separate and affirmative defense to the Complaint, Defendant alleges that
26 Plaintiffs' recovery, if any, must be offset by any benefits and/or other monies they have received or
27 will receive.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST
AMENDED COMPLAINT**

Case No. C-07-02408-RMW

1

### FORTIETH AFFIRMATIVE DEFENSE

2   As a separate and affirmative defense to the Complaint, Defendant alleges that

3 prosecution of a representative action on behalf of similarly situated or "aggrieved" employees under

4 Labor Code 2698 *et seq.*, as applied to the facts and circumstances of this case, would constitute a

5 denial of Defendant's due process rights, both substantive and procedural, in violation of the United

6 States and California Constitutions.

7

### FORTY-FIRST AFFIRMATIVE DEFENSE

8   As a separate and affirmative defense to the Complaint, Defendant alleges that, to the

9 extent Plaintiffs have alleged any violations, such violations are *de minimis*.

10   WHEREFORE, Defendant prays:

11   1.   That Plaintiffs take nothing by their Complaint;

12   2.   That Plaintiffs' Complaint be dismissed in its entirety;

13   3.   For an award of the costs of suit and reasonable attorneys' fees; and

14   4.   For such other and further relief as the Court may deem just and proper.

15 Dated:  March 10, 2008

16

17   By:   ___/s/ Stephen C. Tedesco___
     STEPHEN C. TEDESCO
18   LITTLER MENDELSON
     A Professional Corporation
19   Attorneys for Defendant
     MILGARD MANUFACTURING, INC.

20

### JURY TRIAL DEMAND

21   Defendant Milgard Manufacturing, Inc. hereby requests a jury trial on all issues

22 triable by a jury.

23 Dated:  March 10, 2008

24

25   By:   ___/s/ Stephen C. Tedesco___
     STEPHEN C. TEDESCO
26   LITTLER MENDELSON
     A Professional Corporation
27   Attorneys for Defendant
     MILGARD MANUFACTURING, INC.

Firmwide:84537191.1 021950.1107

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**

**Case No. C-07-02408-RMW**

20.