STAN S. MALLISON, Bar No. 184191
HECTOR R. MARTINEZ, Bar No. 206336
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:   925.283.3842
Facsimile:    925.283.3426
E-mail: StanM@MallisonLaw.com;
HectorM@MallisonLaw.com

Attorneys for Plaintiffs
JOSE FERNANDO RAMIREZ, EVERARDO
MONTEJANO & SERGIO JACOBO


STEPHEN C. TEDESCO, Bar No. 130325
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: stedesco@littler.com; kowens@littler.com

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

*E-FILED - 5/8/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING INC.,<br><br>Defendant. | Case No. C 07-02408 RMW [ECF]<br><br>**Stipulation and [proposed] Order Resetting Case Management** |

Joint Case Management Statement: Case No. C 07-02408 RMW [ECF]

1  The parties current have a Case Management Conference scheduled on May 9, 2008 at 10:30
2  am. the purposes of which is to discuss the results of discovery including Defendants' production of
3  electronic data. The production of electronic data has taken longer than expect but should be
4  produced by May 20, 2008. As such, the parties do not have any meaningful information *to report* at
5  the current Case Management Conference scheduled for May 9, 2008.
6  Plaintiffs' counsel has contacted the Court's Calendar clerk and learned that there is an
7  opening for a case management conference on June 6, 2008. The parties will be prepared to discuss
8  the progress of discovery on June 6, 2008. As such, the parties hereby stipulate to request that the
9  Case Management Conference scheduled for May 9, 2008 be rescheduled for June 6, 2008.

IT IS SO STIPULATED.

DATED: May 7, 2008

_____
STAN S. MALLISON
LAW OFFICES OF MALLISON & MARTINEZ
Attorneys for Plaintiffs
JOSE FERNANDO RAMIREZ, EVERARDO
MONTEJANO & SERGIO JACOBO

DATED: May 7, 2008

_____
STEPHEN C. TEDESCO
KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MILGARD MANUFACTURING, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/8/08

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

1.

Joint Case Management Statement: Case No. C 07-02408 RMW [ECF]