1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  LAW OFFICES OF MALLISON & MARTINEZ
   1042 Brown Avenue
3  Lafayette, CA 94549
   Telephone: (925) 283-3842
4  Facsimilie: (925) 283-3426
   StanM@MallisonLaw.com
5  HectorM@MallisonLaw.com

6  Attorneys for Plaintiffs on behalf of a class of similarly situated employees

7  Stephen C. Tedesco (SBN 130325)
   LITTLER MENDELSON
8  A Professional Corporation
   650 California Street
9  20th Floor
   San Francisco, CA  94108.2693
10 Telephone:    415.433.1940
   Facsimile:    415.399.8490
11 E-mail: stedesco@littler.com

12 Attorneys for Defendant Milgard Manufacturing, Inc.

*E-FILED - 8/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.,<br><br>Defendant. | Case No. C07-02408 RMW (ECF)<br><br>STIPULATION REQUESTING AN EXTENSION OF TIME TO SUBMIT ISSUES FOR SUMMARY JUDGMENT OR ADJUDICATION  AND ORDER |

Plaintiffs Jose Fernando Ramirez, Evarado Montejano and Sergio Jacobo, through their attorneys of record, and Defendant Milgard Manufacturing, Inc., through its attorneys of record, hereby stipulate to an extension of time to submit a list of issues suitable for summary judgment or summary adjudication, and request that the Court enter an order to that effect. The agreed reasons for requesting this extension are as follows:

1. In light of recent California Appellate decisions, the parties need further time to meet and confer concerning what legal issues, if any, need to be submitted to the Court for summary judgment/adjudication.

2. The parties need further time to consider the impact of recent California Appellate decisions for purposes of preparing the legal issues for the Court.

The parties request an extension to September 10, 2008 or a date that the Court deems proper.

Respectfully submitted,

Dated: August 7, 2008                     LAW OFFICES OF MALLISON & MARTINEZ

By: _____
Stan S. Mallison
Attorneys for Plaintiffs

Dated: August 5, 2008                     LITTLER MENDELSON, PC

By: _____
Stephen C. Tedesco
Attorneys for Defendants

IT IS SO ORDERED:

1 | The parties having so stipulated and good cause appearing, the date for the parties to submit
2 | issues for summary judgment or adjudication is hereby extended to 9/10/08.

5 | Dated: 8/21/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte