1   Stan S. Mallison (SBN 184191)
    Hector R. Martinez (SBN 206336)
2   LAW OFFICES OF MALLISON & MARTINEZ
    1042 Brown Avenue
3   Lafayette, CA 94549
    Telephone: (925) 283-3842
4   Facsimilie: (925) 283-3426
    StanM@MallisonLaw.com
5   HectorM@MallisonLaw.com

6   Attorneys for Plaintiffs on behalf of a class of similarly situated employees

7   Stephen C. Tedesco (SBN 130325)
    LITTLER MENDELSON
8   A Professional Corporation
    650 California Street
9   20th Floor
    San Francisco, CA  94108.2693
10  Telephone:    415.433.1940                    ***E-FILED - 1/21/09***
    Facsimile:    415.399.8490
11  E-mail: stedesco@littler.com

12  Attorneys for Defendant Milgard Manufacturing, Inc.

13
                          UNITED STATES DISTRICT COURT
14
                        NORTHERN DISTRICT OF CALIFORNIA
15
                               SAN JOSE DIVISION
16

17  JOSE FERNANDO RAMIREZ, EVARARDO )       Case No. C07-02408 RMW (ECF)
    MONTEJANO, and SERGIO JACOBO on      )
18  behalf of a class of similarly situated   )   STIPULATION REGARDING SUMMARY
    employees,                           )       JUDGMENT ISSUES & []
19                                       )       ORDER
                                         )
20              Plaintiffs,              )
                                         )
21          vs.                          )
                                         )
22  MILGARD MANUFACTURING INC.,          )
                                         )
23              Defendant.               )
                                         )
24  _____ )

25

26

27

28
                                          1

1

**STIPULATED REQUEST**

2       Plaintiffs Jose Fernando Ramirez, Evarado Montejano and Sergio Jacobo, through their

3   attorneys of record, and Defendant Milgard Manufacturing, Inc., through its attorneys of record, hereby

4   submit the following stipulation in regards to the parties' previous request to file motions for partial

5   summary judgment.

6       At the last Case Management Conference, the parties discussed the notion of filing motions for

7   summary judgment regarding certain issues in this case.    The primary issues in this case concern

8   Defendant's obligations with regard to rest and meal periods.  Although there are other issues in the

9   case, the rest and meal period obligations under California law are a key focus and constitute a large

10  portion of the potential damages in the case under Plaintiffs' theories.  However, on July 22, 2008, the

11  California Court of Appeal issued its decision in *Brinker Restaurant Corp. v. Superior Court of San*

12  *Diego County*, 165 Cal. App. 25 (2008).  On August 28, 2008, a petition for review by the California

13  Supreme Court was filed by the plaintiffs in that case.  The Supreme Court generally has 60 days, or

14  until October 27, 2008, to consider this petition. Cal. R. Ct. 8.512.  The Supreme Court has discretion

15  to extend this period by 30 days to  November 26, 2008.  *Id*.

16      The parties have earnestly pursued the summary judgment path as a means of pursing judicial

17  efficiency, but believe that there can be no meaningful summary judgment proposal until the California

18  Supreme Court decides whether to grant review of the *Brinker* decision.  Plaintiffs believe that review

19  of *Brinker* is likely as the Supreme Court has already accepted review in the case, prior to the Appellate

20  Court's request to revise its decision.  Defendant does not support Plaintiffs' analysis, particularly

21  because Defendant believes that the Court did not previously accept review on the merits, but instead

22  only accepted review at the request of the Court of Appeal to transfer the case back, and because

23  Defendant believes that *Brinker* is consistent with other authorities on these issues.  Regardless, if the

24  California Supreme Court accepts review of *Brinker*, it is likely that the parties will attempt to resolve

25  this case by mediation or make other procedural requests and summary judgment proceedings may not

26  be required.  If the California Supreme Court does not accept review of *Brinker*, Plaintiffs will request

27

28

1   leave to amend their Complaint.  In either case, summary judgment on these issues would not be

2   efficient at this time.

3          The parties further request that the Court schedule a case management conference for a date

4   after November 26, 2008 to consider how this case should proceed.

5          IT IS SO STIPULATED:

6

7   Dated: September 11, 2008              LAW OFFICES OF MALLISON & MARTINEZ

8

9
                                          By:  ___/s/ Stan Mallison_____
10                                               Stan S. Mallison
                                                 Attorneys for Plaintiffs
11

12  Dated: September 11, 2008              LITTLER MENDELSON, PC

13

14

15                                        By:  ___/s/ Stephen Tedesco_____
                                                 Stephen C. Tedesco
16                                               Attorneys for Defendants

17
                            **[] ORDER**_____
18
           IT IS SO ORDERED:
19
           The parties having so stipulated and good cause appearing, the deadline to submit issues for
20
    summary judgment or summary adjudication is hereby vacated without prejudice.  A further case
21
    management conference will be held on _February 27_____, 2009. at 10:30 a.m.
22   Parties shall file a revised Case Management Statement by 2/20/09.

23

24
    Dated:  ___1/21/09_____         _Ronald M. Whyte_____
25                                        Honorable Ronald M. Whyte

26

27

28
                                         ___3___