STAN S. MALLISON, Bar No. 184191
HECTOR R. MARTINEZ, Bar No. 206336
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549
Telephone:  925.283.3842
Facsimile:  925.283.3426
E-mail: StanM@MallisonLaw.com;
HectorM@MallisonLaw.com

Attorneys for Plaintiffs
JOSE FERNANDO RAMIREZ, EVERARDO
MONTEJANO & SERGIO JACOBO

STEPHEN C. TEDESCO, Bar No. 130325
JOSHUA J. CLIFFE, Bar No. 215390
NEVILLE F. FERNANDES, Bar No. 240935
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
E-mail: stedesco@littler.com

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

*E-FILED - 6/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING INC.,<br><br>Defendant. | Case No. C 07-02408 RMW [ECF]<br><br>**STIPULATED BRIEFING SCHEDULE FOR (1) DEFENDANT'S MOTION FOR AN ORDER DENYING CLASS CERTIFICATION AND (2) PLAINTIFFS' MOTION FOR CERTIFICATION OF SUBCLASSES 1 THROUGH 4; AND [PROPOSED] ORDER** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED BRIEFING SCHEDULE & [PROPOSED] ORDER                    Case No. C 07-02408 RMW

Plaintiffs JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO ("Plaintiffs") and Defendant MILGARD MANUFACTURING INC. ("Defendant"), by and through their respective counsel, stipulate and request the Court to order as follows:

WHEREAS, Defendant's Motion For An Order Denying Class Certification is scheduled for hearing on June 19, 2009.

WHEREAS, on May 15, 2009, Plaintiffs filed a Motion For Certification Of Subclasses 1 Through 4, with a noticed hearing date also on June 19, 2009.

WHEREAS, the parties agree that additional time is required to respond to the respective motions.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, that the hearing date for the cross-motions be continued to July 17, 2009 at 9:00 a.m, and the case management conference to July 17, 2009 at 10:30 a.m. The parties shall file Opposition briefs by June 23, 2009 and Reply briefs by July 3, 2009. The parties agree to meet and confer regarding any discovery issues concerning the motions. If any issues arise with regard to this discovery that the parties are unable to resolve, then the parties will request a telephonic conference to present the issues to the Court.

IT IS SO STIPULATED.

LAW OFFICES OF MALLISON & MARTINEZ

By: /s/ Stan Mallison
STAN S. MALLISON
Attorneys for Plaintiffs

LITTLER MENDELSON

By: /s/ Stephen Tedesco
STEPHEN C. TEDESCO
Attorneys for Defendant

1.

STIPULATED BRIEFING SCHEDULE & [PROPOSED] ORDER          Case No. C 07-02408 RMW

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/24/09

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

Firmwide:90113774.1 021950.1107

2.