STEPHEN C. TEDESCO, Bar No. 130325
SHANNON GIBSON, Bar No. 256634
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: stedesco@littler.com

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>MILGARD MANUFACTURING INC.,<br><br>Defendant. | Case No. C07-02408 RMW<br><br>**DEFENDANT MILGARD MANUFACTURING, INC.'S RESPONSE TO NOTICE OF RELATED CASE AND REQUEST FOR RESETTING CASE MANAGEMENT CONFERENCE** |

In the Joint Case Management Statement filed on November 30, 2010, the parties notified the Court of the recent case filed in Los Angeles Superior Court. The parties were aware of that case when they agreed to extend the stay of this case pending the California Supreme Court's decision in *Brinker Restaurant v. Superior Court* (Supreme Court Case No. S166350) and *Brinkley v. Public Storage* (Supreme Court Case No. 168806). Nothing has changed since the Case Management Conference of December 3, 2010 that would require the June 3, 2011 date for the next Case Management Conference be changed.

Further, Defendant has not yet been served with the Los Angeles lawsuit. There are no current issues concerning duplicative discovery efforts and costs that affect the Plaintiffs. There is no reason to reset the Case Management Conference to an earlier date, especially since there has been no change in the *Brinker* appeal before the Supreme Court.

Dated: March 4, 2011

/s/
STEPHEN C. TEDESCO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MILGARD MANUFACTURING, INC.

Firmwide:100488584.1 021950.1107

Case No. C07-02408 RMW

1.

DEF'S RESPONSE TO NOTICE OF RELATED CASE AND REQUEST FOR RESETTING CASE MANAGEMENT CONFERENCE