Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
**MALLISON & MARTINEZ**
*StanM@TheMMLawFirm.com*
*HectorM@TheMMLawFirm.com*
*MPalau@TheMMLawFirm.com*
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.<br><br>Defendant. | Case No. 5:07-CV-02408-RMW<br><br>**JOINT CMC STATEMENT REGARDING RELATED STATE CASE**<br><br>Judge: Hon. Ronald Whyte |

1
JOINT CMC STATEMENT REGARDING RELATED STATE CASE     CASE NO. 5:07-CV-02408-RMW

**Plaintiffs' Issues**

On March 11, 2011, a hearing on Plaintiff EVERARDO MONTEJANO and putative class members VICTOR CASTILLO and ANTONIO PERALTA'S Motion by Special Appearance to Intervene and Stay the Class Proceedings Pending The Outcome of the Federal Action was held before the Honorable Los Angeles Superior Court Judge Robert Hess ("Hess") in the related state case, *Guardado, et al. v. Milgard Manufacturing, Inc.*, Los Angeles Superior Court Case No. BC449639. See Declaration of Hector R. Martinez ("Martinez Decl."), ECF Document Number 155.

The Honorable Judge Hess held, in part, that the State action "will be stayed to and including July 11, 2011, as to discovery and motions except that Defendant will share the same information provided plaintiffs in the federal action with Plaintiff's counsel in [the State Action]" and that "[t]he motion for leave to intervene in this case is continued to July 11, 2011, at 8:30 a.m. for further hearing that date also to be a status conference." Martinez Decl., ECF Document Number 155, pp. 30-31.

During the hearing, Stephen Tedesco, Counsel for Defendant MILGARD MANUFACTURING INC. ("MILGARD") confirmed that Plaintiffs in the related State case ("State Plaintiffs") had not served their class action complaint, yet Defendant MILGARD and the State Plaintiffs had entered into a protective order, which was filed with the Los Angeles Superior Court, and Defendant MILGARD had provided State Plaintiffs with the same discovery produced in this case. Martinez Decl., Exhibit 1, pp. 30-31 and Exhibit 3. Defendant MILGARD and the State Plaintiffs also stated that they will engage in settlement discussions in an attempt to resolve this case regardless of the federal case before this Court. See Martinez Decl., ECF Document Number 155¶¶ 12-13, Exhibit 1 and 2.

Plaintiffs in the above captioned action hereby respectfully request that this court take curative action to seek to address issues related to duplicative discovery efforts and costs. Plaintiffs also seek the Court's guidance regarding the related class action.

MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
510-832-9999

**Defendant's Response**

Defendant has pushed for a mediation with all parties, including the Guardado and Ramirez Plaintiffs. All Parties have agreed and that mediation is currently scheduled for May 20, 2011.

It is unclear what curative action Plaintiffs in the Ramirez action seek, but such issues are premature given the pending day of mediation.

Dated: April 18, 2011

MALLISON & MARTINEZ

By: /s/ Stan S. Mallison
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Marco Palau, Esq.

Attorneys for Plaintiff

Dated: April 18, 2011     LITTLER MENDELSON

By: /s/ Stephen Tedesco
Stephen Tedesco, Esq.

- 3 -
JOINT CMC STATEMENT REGARDING RELATED STATE CASE     CASE NO. 5:07-CV-02408-RMW