Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
**MALLISON & MARTINEZ**
*StanM@TheMMLawFirm.com*
*HectorM@TheMMLawFirm.com*
*MPalau@TheMMLawFirm.com*
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:     (510) 832-9999
Facsimile:      (510) 832-1101

Attorneys for PLAINTIFFS

*E-FILED - 6/2/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.<br><br>Defendant. | Case No. 5:07-CV-02408-RMW<br><br>**JOINT REQUEST FOR CONTINUANCE OF JUNE 3, 2011 STATUS CONFERENCE; [] ORDER**<br><br>Judge:   Hon. Ronald M. Whyte |

1  Pursuant to a May 20, 2011 mediation and mediator's proposal, the parties have reached a
2  tentative settlement today. The parties are attempting to work out all details of the settlement in a
3  settlement agreement. The parties anticipate that it will take several weeks for the details of the
4  settlement to emerge and will not have these details worked out by the June 3, 2011 status
5  conference. As such, and in the interest of all concerned, the parties request that this court continue
6  the June 3 2011 status conference until July 1st or similar date of the court's choosing.

Dated: June 1, 2011

        MALLISON & MARTINEZ

        By: /s/ Stan Mallison
            Stan S. Mallison, Esq.
            Hector R. Martinez, Esq.
            Marco Palau, Esq.

        Attorneys for Plaintiff

Dated: June 1, 2011

        LITTLER MENDELSON

        By: /s/Steve Tedesco
            Steve Tedesco, Esq.

        Attorneys for Defendant

MALLISON &
MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
510-832-9999

2
JOINT REQUEST FOR CONTINUANCE OF JUNE 3, 2011 STATUS CONFERENCE; [] ORDER
CASE NO. 5:07-CV-02408-RMW

**ORDER**

Pursuant to the parties stipulation and good cause shown, the Court hereby ORDERS as follows:

1. The Status Conferenced scheduled for June 3, 2011 be continued to July 1, 2011, or file a dismissal before July 1, 2011.

IT IS SO ORDERED.

Dated:  6/2/11

*Ronald M. Whyte*
RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

3
JOINT REQUEST FOR CONTINUANCE OF JUNE 3, 2011 STATUS CONFERENCE; [] ORDER
CASE NO. 5:07-CV-02408-RMW

**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, CA  94612
510-832-9999