| | |
|---|---|
| 1 | Stan S. Mallison (SBN 184191) |
| 2 | Hector R. Martinez (SBN 206336)<br>Marco A. Palau (SBN 242340) |
| 3 | **MALLISON & MARTINEZ**<br>*StanM@TheMMLawFirm.com* |
| 4 | *HectorM@TheMMLawFirm.com*<br>*MPalau@TheMMLawFirm.com* |
| 5 | 1939 Harrison Street, Suite 730<br>Oakland, CA 94612 |
| 6 | Telephone:   (510) 832-9999<br>Facsimile:   (510) 832-1101 |
| 7 | Attorneys for PLAINTIFFS |
| 8 | STEPHEN C. TEDESCO, Bar No. 130325<br>LITTLER MENDELSON |
| 9 | A Professional Corporation<br>650 California Street |
| 10 | 20th Floor<br>San Francisco, CA  94108.2693 |
| 11 | Telephone:    415.433.1940<br>Facsimile:    415.399.8490 |
| 12 | E-mail: stedesco@littler.com; kowens@littler.com |
| 13 | Attorneys for Defendant<br>MILGARD MANUFACTURING, INC. |

*E-FILED - 7/14/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.<br><br>Defendant. | Case No. 5:07-CV-02408-RMW<br><br>**ORDER GRANTING<br>JOINT REQUEST FOR CONTINUANCE<br>OF JULY 15, 2011 CONFERENCE**<br><br>Judge:   Hon. Ronald Whyte |

Due to counsel's unavailability, the parties request that this court continue the July 15, 2011 status conference until July 29, 2011, or similar date of the court's choosing.

The parties in this case, as well as the related Los Angeles Superior Court case, *Guardado et al v. Milgard Manufacturing, Inc.*, BC 449639, are finalizing a formal settlement agreement, which will resolve both cases in their entirety.

Dated: July 13, 2011

MALLISON & MARTINEZ

By: /s/ Stan Mallison
Stan S. Mallison, Esq.
Hector R. Martinez, Esq.
Marco Palau, Esq.

Attorneys for Plaintiff

Dated: July 13, 2011

LITTLER MENDELSON

By: /s/ Stephen Tedesco
Stephen Tedesco, Esq.

Attorneys for Defendant

Dated: 7/14/11

IT IS ORDERED that the Case Management Conference is reset to July 29, 2011 @ 10:30 a.m.

GRANTED
Ronald M. Whyte
Judge Ronald M. Whyte

MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
510-832-9999

- 2 -
JOINT REQUEST TO CONTINUE CMC
CASE NO. 5:07-CV-02408-RMW