Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:   510.832.9999
Facsimile:   510.832.1101

Attorneys for Plaintiffs

Stephen C. Tedesco, Bar No. 130325
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.<br><br>Defendant. | Case No. 5:07-CV-02408 RMW<br><br>**JOINT REQUEST FOR CONTINUANCE OF JANUARY 27, 2012 CASE MANAGEMENT CONFERENCE**<br><br>**Judge:  Ronald M. Whyte** |

1

The parties request that this court continue the January 27, 2012 status conference until February 17, 2012, or similar date of the Court's choosing.

The parties in this case are finalizing the settlement of all claims in the related Los Angeles Superior Court case, *Guardado et al v. Milgard Manufacturing, Inc.*, BC 449639. The final approval hearing for the settlement is set for January 30, 2012, and after the court has finally approved the settlement the parties expect to file a stipulation of dismissal of this action.

Dated: January 19, 2012          LAW OFFICES OF MALLISON & MARTINEZ

                                 By: /s/
                                     STAN S. MALLISON
                                     HECTOR R. MARTINEZ
                                     Attorneys for Plaintiffs

Dated: January 19, 2012          LITTLER MENDELSON

                                 By: /s/
                                     STEPHEN C. TEDESCO
                                     Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation and good cause shown, the Court hereby ORDERS as follows:

The case management conference scheduled for January 27, 2012 is continued to February 17, 2012. The parties may file a stipulation for dismissal on or before February __, 2012, to remove the matter from the court's calendar.

IT IS SO ORDERED.

Öæ¨ KFEH FG

                                 _____
                                 RONALD M. WHYTE
                                 U.S. DISTRICT COURT JUDGE

Firmwide:106965073.1 021950.1107