Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:    510.832.9999
Facsimile:    510.832.1101

Attorneys for Plaintiffs

Stephen C. Tedesco, Bar No. 130325
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA  94108
Telephone: 415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.<br><br>Defendant. | Case No. 5:07-CV-02408 RMW<br><br>**JOINT REQUEST FOR CONTINUANCE OF FEBRUARY 17, 2012 CASE MANAGEMENT CONFERENCE**<br><br>**Judge:  Ronald M. Whyte** |

1
Joint Request for Continuance of January 27, 2012 Case Management Conference  5:07-CV-02408

1  The parties request that this court continue the February 17, 2012 status conference until
2  March 16, 2012, or similar date of the Court's choosing.

3  The parties in this case are finalizing the settlement of all claims in the related Los Angeles
4  Superior Court case, *Guardado et al v. Milgard Manufacturing, Inc.*, BC 449639.  The final
5  approval hearing for the settlement, originally set for January 30, 2012, has been continued to
6  February 28, 2012.  The Parties anticipate that the settlement will be approved.  After the court has
7  finally approved the settlement, the parties expect to file a stipulation of dismissal of this action.

8
9  Dated: February 13, 2012                LAW OFFICES OF MALLISON & MARTINEZ

10
11  By: /s/
    STAN S. MALLISON
    HECTOR R. MARTINEZ
12  Attorneys for Plaintiffs

13

14  Dated: February 13, 2012                LITTLER MENDELSON
15

16  By: /s/
    STEPHEN C. TEDESCO
17  Attorneys for Defendant

18

19  ORDER

20  Pursuant to the parties' stipulation and good cause shown, the Court hereby
    ORDERS as follows:
21
22  The case management conference scheduled for February 17, 2012 is continued to,
23  March 16, 2012. The parties may file a stipulation for dismissal on or before March __, 2012, to
24  remove the matter from the court's calendar.

25  IT IS SO ORDERED.

26  Öæ^ KÆÐÎ ÐG                            *Ronald M. Whyte*

27                                         RONALD M. WHYTE
                                           U.S. DISTRICT COURT JUDGE
28  Firmwide:106965073.1 021950.1107

- 2 -