1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
3  Oakland, CA  94612
   Telephone:    510.832.9999
4  Facsimile:    510.832.1101

5  Attorneys for Plaintiffs

6  Stephen C. Tedesco, Bar No. 130325
   LITTLER MENDELSON
7  650 California Street, 20th Floor
   San Francisco, CA  94108
8  Telephone:  415.433.1940
9  Facsimile:   415.399.8490

10 Attorneys for Defendant
   MILGARD MANUFACTURING, INC.
11

12                UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

14

15                                          Case No. 5:07-CV-02408 RMW
16
   JOSE FERNANDO RAMIREZ, EVARARDO
17 MONTEJANO, and SERGIO JACOBO on behalf    **JOINT REQUEST FOR CONTINUANCE**
   of a class of similarly situated employees **OF MARCH 30, 2012 CASE**
18                                            **MANAGEMENT CONFERENCE**
19
          Plaintiffs,                        **Judge:  Ronald M. Whyte**
20
          vs.
21
   MILGARD MANUFACTURING INC.
22
          Defendant.
23

24

25

26

27

28

                                    1

1   The parties request that this court continue the March 30, 2012 status conference.

2   The parties have finalized the settlement of all claims in the related Los Angeles Superior
3   Court case, *Guardado et al v. Milgard Manufacturing, Inc.*, BC 449639. The proposed Final Order
4   and Judgment is before the court for signature. The Parties anticipate that the order will be entered
5   within a week. After the court has entered the final order, the parties expect to file a stipulation of
6   dismissal of this action.

Dated: March 28, 2012                LAW OFFICES OF MALLISON & MARTINEZ

                                     By: /s/
                                         STAN S. MALLISON
                                         HECTOR R. MARTINEZ
                                         Attorneys for Plaintiffs


Dated: March 28, 2012                LITTLER MENDELSON

                                     By: /s/
                                         STEPHEN C. TEDESCO
                                         Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation and good cause shown, the Court hereby ORDERS as follows:

The case management conference scheduled for March 30, 2012 is continued to, _____, 2012. The parties may file a stipulation for dismissal on or before _____, 2012, to remove the matter from the court's calendar.

IT IS SO ORDERED.

Dated:

                                     /s/ Ronald M. Whyte
                                     RONALD M. WHYTE
                                     U.S. DISTRICT COURT JUDGE

Firmwide:110097442.1 021950.1107