Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:   510.832.9999
Facsimile:   510.832.1101

Attorneys for Plaintiffs

Stephen C. Tedesco, Bar No. 130325
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
MILGARD MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE FERNANDO RAMIREZ, EVARARDO MONTEJANO, and SERGIO JACOBO on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>MILGARD MANUFACTURING INC.<br><br>Defendant. | Case No. 5:07-CV-02408 RMW<br><br>**JOINT STATUS REPORT RE CASE MANAGEMENT CONFERENCE AND REQUEST FOR CONTINUANCE**<br><br>**Judge:** Ronald M. Whyte |

1

Joint Status Report re Case Management Conference 5:07-CV-02408

1  The Final Order and Judgment has been entered in the related Los Angeles Superior Court case, *Guardado et al v. Milgard Manufacturing, Inc.*, BC 449639, and Notice of entry of Judgment has also been entered. According to the terms of the settlement and Judgment, the settlement is final on June 27, 2012, provided that no third party has filed an appeal. The parties are waiting for the time for any appeal to lapse. Barring any unanticipated appeals, the settlement will be finalized after June 27, 2012. Accordingly, the parties request that the continue the Case Management Conference until after June 27, 2012, after which time, the parties anticipate filing a stipulation requesting the Court dismiss this action with prejudice based on the settlement, Final Order and judgment.

Dated: May __, 2012        LAW OFFICES OF MALLISON & MARTINEZ

                           By: /s/
                               STAN S. MALLISON
                               HECTOR R. MARTINEZ
                               Attorneys for Plaintiffs

Dated: May __, 2012        LITTLER MENDELSON

                           By: /s/
                               STEPHEN C. TEDESCO
                               Attorneys for Defendant

Firmwide:110513484.1 021950.1107

